AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| HELENA WORLD CHRONICLE, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| GOOGLE LLC and ALPHABET INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Helena World Chronicle, LLC.

Date: 12/11/2023

/s/Michael D. Hausfeld
*Attorney's signature*

Michael D. Hausfeld (DC Bar. No. 153742)
*Printed name and bar number*

HAUSFELD LLP
888 15th Street, NW, Suite 300
Washington, DC 20006
*Address*

mhausfeld@hausfeld.com
*E-mail address*

(202) 540-7200
*Telephone number*

(202) 540-7201
*FAX number*