AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

HELENA WORLD CHRONICLE, LLC )
*Plaintiff* )
v. ) Case No. 1:23-CV-03677-APM
GOOGLE LLC and ALPHABET INC. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Helena World Chronicle, LLC.

Date: 1/2/2024

/s/Scott A. Gilmore
*Attorney's signature*

Scott A. Gilmore (D.C. Bar No. 1002910)
*Printed name and bar number*

HAUSFELD LLP
888 16th Street, NW, Suite 300
Washington, DC 20006
*Address*

sgilmore@hausfeld.com
*E-mail address*

(202) 540-7200
*Telephone number*

(202) 540-7201
*FAX number*