AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| HELENA WORLD CHRONICLE, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-03677 |
| GOOGLE LLC and ALPHABET INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GOOGLE LLC and ALPHABET INC.

Date: 01/03/2024

/s/ John E. Schmidtlein
*Attorney's signature*

John Schmidtlein (D.C. Bar No. 441261)
*Printed name and bar number*

Williams & Connolly LLP
680 Maine Avenue SW
Washington, D.C. 20024
*Address*

jschmidtlein@wc.com
*E-mail address*

(202) 434-5000
*Telephone number*

(202) 424-5029
*FAX number*