IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HELENA WORLD CHRONICLE, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:23-cv-03677<br><br>HON. AMIT P. MEHTA |

**JOINT MOTION TO SET DEADLINES FOR**
**DEFENDANTS' RESPONSE TO THE COMPLAINT**

Pursuant to Local Civil Rule 7, Plaintiff and Defendants (collectively, the "Parties") in the above-captioned matter hereby jointly move as follows:

WHEREAS, Plaintiff Helena World Chronicle, LLC ("Helena") filed its Complaint in the above-captioned matter on December 11, 2023;

WHEREAS, the Parties have conferred regarding a schedule for responding to the Complaint;

WHEREAS, pursuant to Local Civil Rule 7, the Parties respectfully request that the Court set the following deadlines for Defendants' response to the Complaint: Defendants shall respond to the Complaint on or before March 8, 2024; if Defendants file a motion to dismiss, Helena's opposition shall be due on or before May 7, 2024; and Defendants' reply shall be due on or before June 21, 2024;

WHEREAS, this is the first request for an extension of the response date in this matter;

WHEREAS, the Parties have agreed that Defendants will not move, answer or otherwise plead in response to a subsequently-filed class action complaint based on common facts and

asserting similar claims to those asserted in the above-captioned matter without first responding to the Complaint in the above-captioned matter.

Dated: January 4, 2024          Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: */s/ John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com

*Counsel for Defendants Google LLC & Alphabet Inc.*

By: */s/ Michael D. Hausfeld*
Michael D. Hausfeld
Scott A. Gilmore
Mandy Boltax
**HAUSFELD LLP**
888 16th Street N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
mhausfeld@hausfeld.com
sgilmore@hausfeld.com
mboltax@hausfeld.com

Scott Martin
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Telephone: (646) 357-1100
smartin@hausfeld.com

Michael P. Lehmann
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
mlehmann@hausfeld.com

2

Michael L. Roberts
Erich P. Schork
Kelly A. Rinehart
**ROBERTS LAW FIRM US, PC**
1920 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (501) 821-5575
mikeroberts@robertslawfirm.us
erichschork@robertslawfirm.us
kellyrinehart@robertslawfirm.us

*Counsel for Plaintiff Helena World Chronicle, LLC*