**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HELENA WORLD CHRONICLE, LLC | |
| *Plaintiff*, | Case No. 1:23-cv-03677 |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC and ALPHABET INC., | |
| *Defendants*. | |

**[PROPOSED] ORDER SETTING DEADLINES FOR DEFENDANTS'**
**RESPONSE TO THE COMPLAINT**

Upon consideration of the Parties' Joint Motion to Set Deadlines for Defendants' Response

to the Complaint, it is hereby ORDERED:

1.  The Motion is GRANTED;

2.  Defendants shall respond to the Complaint on or before March 8, 2024, subject to the

    provisions set forth in paragraph 4 below;

3.  If Defendants file a motion to dismiss, Plaintiff's opposition shall be due on or before

    May 7, 2024, and Defendants' reply shall be due on or before June 21, 2024; and

4.  Defendants agree that they will not move, answer or otherwise plead in response to a

    subsequently-filed class action complaint based on common facts and asserting similar

    claims to those asserted in the above-captioned matter without first responding to the

    Complaint in the above-captioned matter.

Dated:  January _____, 2024

_____
        Hon. Amit P. Mehta
United States District Court Judge