**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HELENA WORLD CHRONICLE, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:23-cv-03677<br><br>HON. AMIT P. MEHTA |

**ORDER SETTING DEADLINES FOR DEFENDANTS'
RESPONSE TO THE COMPLAINT**

Upon consideration of the Parties' Joint Motion to Set Deadlines for Defendants' Response to the Complaint, it is hereby ORDERED:

1. The Motion is GRANTED;

2. Defendants shall respond to the Complaint on or before March 8, 2024, subject to the provisions set forth in paragraph 4 below;

3. If Defendants file a motion to dismiss, Plaintiff's opposition shall be due on or before May 7, 2024, and Defendants' reply shall be due on or before June 21, 2024; and

4. Defendants agree that they will not move, answer or otherwise plead in response to a subsequently-filed class action complaint based on common facts and asserting similar claims to those asserted in the above-captioned matter without first responding to the Complaint in the above-captioned matter.

Dated: January ____, 2024

_____
Hon. Amit P. Mehta
United States District Court Judge