IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HELENA WORLD CHRONICLE, LLC and EMMERICH NEWSPAPERS, INC.<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:23-cv-03677<br><br>HON. AMIT P. MEHTA |

**ORDER SETTING DEADLINES FOR DEFENDANTS'
RESPONSE TO THE AMENDED COMPLAINT**

Upon consideration of the Parties' Joint Motion to Set Deadlines for Defendants' Response to the Amended Complaint, it is hereby ORDERED:

1. The Motion is GRANTED;

2. Defendants shall respond to the Amended Complaint on or before July 12, 2024, subject to the provisions set forth in paragraph 4 below;

3. If Defendants file a motion to dismiss, Plaintiffs' opposition shall be due on or before September 10, 2024, and Defendants' reply shall be due on or before October 25, 2024; and

4. Defendants agree that they will not move, answer or otherwise plead in response to a subsequently-filed class action complaint based on common facts and asserting similar claims to those asserted in the above-captioned matter without first responding to the Amended Complaint in the above-captioned matter.

Dated: May ____, 2024

                                                                                                      Hon. Amit P. Mehta
                                                                              United States District Court Judge