IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HELENA WORLD CHRONICLE, LLC and EMMERICH NEWSPAPERS, INC.<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants*. | Case No. 1:23-cv-03677<br><br>HON. AMIT P. MEHTA |

### DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Google LLC and Alphabet Inc. respectfully move this Court to dismiss Plaintiff's Amended Complaint (ECF No. 27).

Defendants request oral argument.

Dated: July 12, 2024

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: */s/ John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Kenneth C. Smurzynski (D.C. Bar No. 442131)
Graham Safty (D.C. Bar No. 1033312)
Youlin Yuan (D.C. Bar No. 1613542)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
ksmurzynski@wc.com
gsafty@wc.com
yyuan@wc.com

*Counsel for Defendants Google LLC & Alphabet Inc.*