IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HELENA WORLD CHRONICLE, LLC and
EMMERICH NEWSPAPERS, INC.

                *Plaintiffs*,

v.

GOOGLE LLC and ALPHABET INC.,

                *Defendants*.

Case No. 1:23-cv-03677

HON. AMIT P. MEHTA

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

   Upon consideration of Defendants' Motion to Dismiss the Amended Complaint, it is hereby ORDERED that the Motion is GRANTED, and Plaintiffs' Amended Complaint is dismissed with prejudice.

Dated: _____, 2024

                                       _____
                                       Hon. Amit P. Mehta
                                       United States District Court Judge