IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HELENA WORLD CHRONICLE, LLC and EMMERICH NEWSPAPERS, INC., <br><br>*Plaintiffs,*<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>*Defendants.* | Case No. 1:23-cv-03677<br><br>HON. AMIT P. MEHTA |

### CHANGE OF ADDRESS NOTICE

**PLEASE TAKE NOTICE** that the address of the undersigned attorneys at the Washington, D.C. office of Cuneo Gilbert & LaDuca, LLP, counsel for Plaintiffs Helena World Chronicle, LLC and Emmerich Newspapers, Inc. in the above-captioned action, has changed to the following:

**Cuneo Gilbert & LaDuca, LLP**
2445 M St. NW
Suite 740
Washington, D.C. 20037

The firm's telephone number, facsimile number, and email addresses will remain the same.

| | |
|---|---|
| Dated: December 06, 2024 | */s/ Charles J. LaDuca*<br>Charles J. LaDuca<br>Pamela Gilbert<br>Evelyn Riley<br>Daniel M. Cohen<br>Melissa Morgans<br>**CUNEO GILBERT & LADUCA, LLP**<br>2445 M St. NW |

Suite 740
Washington, D.C. 20037
Tel: (202) 789-3960
Fax: (202) 789-1813
charles@cuneolaw.com
pamelag@cuneolaw.com
evelyn@cuneolaw.com
danielc@cuneolaw.com
lmorgans@cuneolaw.com