IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Helena World Chronicle, LLC and Emmerich Newspapers, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC and Alphabet Inc., <br><br> Defendants. | Case No. 1:23-cv-03677-APM <br><br> HON. AMIT P. MEHTA |

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Youlin Yuan hereby withdraws as attorney of record for defendants Google LLC and Alphabet Inc. in the above-captioned matter. Williams & Connolly LLP will continue as counsel for Google.

Dated:  December 30, 2024    Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: */s/ Youlin Yuan*
Youlin Yuan (D.C. Bar No. 1613542)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
yyuan@wc.com

*Counsel for Defendant Google LLC*