**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HELENA WORLD CHRONICLE, LLC and EMMERICH NEWSPAPERS, INC., | Case No. 1:23-cv-03677 |
| *Plaintiffs,* | HON. AMIT P. MEHTA |
| v. | |
| GOOGLE LLC and ALPHABET INC., | |
| *Defendants.* | |

## <u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

PLEASE TAKE NOTICE that Melissa Morgans hereby withdraws as attorney of record for plaintiffs Emmerich Newspapers, Inc. in the above-captioned matter. Cuneo Gilbert & LaDuca, LLP will continue as counsel for Emmerich Newspapers, Inc.

Dated: February 4, 2025

Respectfully submitted,

*/s/ Melissa Morgans*

Melissa Morgans
**CUNEO GILBERT & LADUCA, LLP**
2445 M St. NW
Suite 740
Washington, D.C. 20037
Tel: (202) 789-3960
Fax: (202) 789-1813
lmorgans@cuneolaw.com