# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HELENA WORLD CHRONICLE, LLC and EMMERICH NEWSPAPERS, INC., <br><br> *Plaintiffs* <br><br> v. <br><br> GOOGLE LLC and ALPHABET INC., <br><br> *Defendants* | Case No. 1:23-cv-03677 <br><br> HON. AMIT P. MEHTA |

## CHANGE OF ADDRESS NOTICE

**PLEASE TAKE NOTICE** that the address of the undersigned attorney at the San Francisco, CA office of Hausfeld, LLP, counsel for Plaintiffs Helena World Chronicle, LLC and Emmerich Newspapers, Inc. in the above-captioned action, has changed to the following:

Michael P. Lehmann
**HAUSFELD LLP**
580 California Street, 12th Floor
San Francisco, CA 94111
Phone: (415) 633-1908
Facsimile: (415) 633-4980
mlehmann@hausfeld.com

The firm's telephone number, facsimile number, and email address remain unchanged.

Dated: April 3, 2025

*/s/ Michael P. Lehmann*
Michael P. Lehmann
HAUSFELD LLP
580 California Street, 12th Floor
San Francisco, CA 94111
Phone: (415) 633-1908
Facsimile: (415) 633-4980
Email: mlehmann@hausfeld.com