# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HELENA WORLD CHRONICLE, LLC and EMMERICH NEWSPAPERS, INC., *Plaintiffs,* v. GOOGLE LLC and ALPHABET INC., *Defendants.* | Case No. 1:23-cv-03677 HON. AMIT P. MEHTA |

## CHANGE OF ADDRESS NOTICE

**TO THE CLERK AND ALL PARTIES OF RECORD:**

The Court and all parties of record are hereby notified that Scott A. Gilmore, and HAUSFELD LLP, counsel in the above captioned case on behalf of all Plaintiffs have changed his District of Columbia address. Telephone and facsimile numbers and email address remain unchanged.

All future service, pleadings, memoranda, correspondence, orders, etc., should be sent to the new District of Columbia address:

**Scott A. Gilmore**
**HAUSFELD LLP**
**1200 17th Street, N.W., Suite 600**
**Washington, DC 20036**

I have updated my personal profile information in the PACER/ECF system.

Dated: April 4, 2025

*/s/ Scott A. Gilmore*
Scott A. Gilmore
HAUSFELD LLP
1200 17th Street, NW, Suite 600
Washington, DC 20036
Phone: (202) 540-7200
Facsimile: (202) 540-7201
Email: sgilmore@hausfeld.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2025, I electronically filed the foregoing document using the Court's CM/ECF system which will send notification of such filing to all counsel of record at the email addresses registered in the CM/ECF system.

Dated: April 4, 2025  /s/ *Scott A. Gilmore*
Scott A. Gilmore