**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **HELENA WORLD CHRONICLE, LLC et al.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Case No. 23-cv-03677 (APM)** |
| **GOOGLE LLC et al.,** | ) ) | |
| **Defendants.** | ) ) ) | |

## <u>ORDER</u>

For the reasons set forth in the court's Memorandum Opinion, ECF No. 49, Defendants'

Motion to Dismiss the Amended Complaint, ECF No. 38, is granted.

This is a final, appealable order.

Dated:  March 20, 2026

Amit P. Mehta
United States District Judge